Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: bernhard@freelandlaw.com

Attorneys for Plaintiff
CYPRESS GG2, LLC

MORGAN, LEWIS & BOCKIUS LLP
Diane L. Webb (State Bar No. 197851)
Michael Q. Eagan, Jr. (State Bar No. 275823)
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001
dwebb@morganlewis.com
Meagan@morganlewis.com

Attorneys for Defendant
SYSTEM ENERGY RESOURCES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS GG2, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>SYSTEM ENERGY RESOURCES, INC., and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 3:13-cv-04943-EDL<br><br>**JOINT STIPULATION FOR REMAND OF ACTION TO STATE COURT; ORDER**<br><br>[28 U.S.C.A. 1447(c)] |

Plaintiff Cypress GG2, LLC ("Plaintiff" or "Cypress") and defendant System Energy Resources, Inc. ("Defendant" or "SERI" and jointly with Cypress, the "Parties") hereby enter into this stipulation to remand this action to the Superior Court of the State of California for the City and County of San Francisco:

# RECITALS

**WHEREAS**, on September 26, 2013, Cypress filed a Complaint for Declaratory Relief ("Complaint") against SERI in the Superior Court of the State of California for the City and County of San Francisco commencing the action entitled *Cypress GG2, LLC v. System Energy Resources, Inc.*, Case No. CGC-13-534501 (the "State Court Action");

**WHEREAS**, on October 24, 2013, SERI filed a Notice of Removal of Civil Action Pending in the Superior Court of the State of California for the County of San Francisco (the "San Francisco Superior Court, to the United States District Court for the Northern District of California [Dkt. No. 1] ("Notice of Removal") with this Court, thus removing the State Court Action to this Court, on the grounds of diversity of citizenship pursuant to 28 U.S.C.A. §1332; and,

**WHEREAS**, the Parties have met and conferred and have now determined and agreed that the parties are not in fact diverse, and that certain of Plaintiff's members/investors reside in and are citizens of Arkansas and Mississippi, thereby destroying any diversity of citizenship under 28 U.S.C.A. 1332(a);

**NOW THEREFORE,** the Parties stipulate and agree that this action should be remanded forthwith from the United States District Court for the Northern District of California to the Superior Court of the State of California for the City and County of San Francisco, pursuant to 28 U.S.C.A. §1447.

Dated: November 12, 2013      FREELAND COOPER & FOREMAN LLP

By  */s/ Daniel T. Bernhard*
    Daniel T. Bernhard
    Attorneys for Plaintiff
    CYPRESS GG2, LLC

Dated: November 12, 2013      MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Diane L. Webb*
    Diane L. Webb
    Attorneys for Defendant
    SYSTEM ENERGY RESOURCES, INC.

## **ORDER**

GOOD CAUSE APPEARING, this action shall be and hereby is remanded forthwith to the Superior Court of the State of California for the City and County of San Francisco consistent with 28 U.S.C.A. §1447.

Date: 11/15/13, 2013



United States District Court Magistrate

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

3

JOINT STIPULATION FOR REMAND OF ACTION TO STATE COURT; ORDER
CASE NO. 3:13-CV-04943-EDL

{00184988}